Marc S. Dobin
DobinLaw, P.S.
9123 NE Juanita Dr.
Unit 411
Kirkland, WA. 98034
425.549.4487
mdobin@dobinlaw.com

Washington State Bar No. 60751
Attorney for COLUMBIA DEBT RECOVERY, LLC

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MEGAN HAMILTON,<br><br>    Plaintiff,<br><br>vs.<br><br>COLUMBIA DEBT RECOVERY, LLC<br><br>    Defendant. | Case No.:<br><br>**NOTICE OF REMOVAL** |

    Please take notice that defendant Columbia Debt Recovery, LLC ("Defendant") hereby removes this action from the Superior Court in and for King County, State of Washington to the United States District Court for the Western District of Washington at Seattle.

    1.    Defendant is a party in a civil action brought against it in the Superior Court in and for King County, State of Washington entitled: "MEGAN HAMILTON, Plaintiff, vs. COLUMBIA DEBT RECOVERY, LLC, Defendant, No. (unfiled)". A copy of the summons and complaint in that action is attached to this notice as Exhibit A and constitutes all process, pleadings, and orders served on Defendant in that action up to the present date.

2.       On June 20, 2025, Columbia Debt Recovery, LLC was served with a signed and unfiled summons and a signed and unfiled complaint. A copy of the signed and unfiled summons and complaint is attached as Exhibit A collectively, and is incorporated by reference thereto. Even though Columbia Debt Recovery, LLC was delivered unredacted exhibits, those exhibits have been redacted, in part, in this Federal filing.

3.       The state court action commenced when it was delivered to Columbia Debt Recovery, LLC's representative on June 20, 2025. Plaintiffs have not filed either the signed complaint in the Superior Court of the State of Washington for the County of King. Defendant has filed no pleadings in this cause. This notice of removal is filed within 30 days after service of process on Columbia Debt Recovery, LLC.

4.       This is an action of civil nature over which this court has original jurisdiction pursuant to 15 USC § 1692k in that it is a liability allegedly created under the Fair Debt Collection Practices Act, 15 USC § 1692 et seq.

5.       This notice is signed pursuant to FRCP 11.

Dated: July 18, 2025.

*s/ Marc S. Dobin*
Marc S. Dobin
Attorney for Defendant
Columbia Debt Recovery, LLC