The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MEGAN HAMILTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COLUMBIA DEBT RECOVERY, LLC.,<br><br>　　　　　Defendant. | NO. 2:25−cv−01357−JCC<br><br>**JOINT STATUS REPORT AND DISCOVERY PLAN** |

Pursuant to this Court's August 6, 2025 Minute Order, the parties submit the following Joint Status Report and Discovery Plan:

**1. Nature and Complexity of Case**

The parties do not believe this case to be complex. Plaintiff brings the underlying action alleging statutory violations (including 15 U.S.C. §1692 *et seq.* (The "Fair Debt Collection Practices Act" or "FDCPA") and the Washington Consumer Protection Act) as a result of collection actions taken by Defendant, concerning a debt allegedly owed by Plaintiff.

Defendant Columbia Debt Recovery, LLC ("CDR") may assert affirmative defenses through an amendment (all affirmative defenses were stricken with leave to amend pursuant to dkt. #12).

**2. Consent to Magistrate Judge**

The parties have discussed the matter and will not consent to a Magistrate Judge for trial.

**3. Proposed Deadline for Additional Parties**

The parties propose January 5, 2026.

**4. Discovery Plan**

    **a. Initial Disclosures**

The parties will have exchanged their initial disclosures by September 24, 2025, pursuant to this Court's order.

    **b. Subjects, Timing, and Potential Phasing of Discovery**

Plaintiff plans to conduct discovery regarding the underlying facts of the debt collection efforts, communications between the parties, the Defendant's defenses, and other related matters.

Defendant CDR plans to conduct discovery related to Plaintiff's claims, the potential defenses asserted in an amended answer and Plaintiff's alleged damages.

    **c. Electronically Stored Information**

The parties do not anticipate that the production of ESI will be relevant in this case.

    **d. Privilege issues**

To the extent discoverable but confidential information may be sought, the parties will discuss an appropriate stipulated protective order and/or in camera review by the court if necessary. The parties do not anticipate many privilege issues but will assert objections as appropriate.

    **e. Proposed limitations on discovery**

The parties do not presently believe that any changes to the federal discovery rules are needed.

   **f.  Need for discovery-related orders**

  The parties do not foresee a need for such orders at this time, but may seek protective orders if an unresolvable dispute arises.

  **5.  Local Civil Rule 26(f)(1) Items**

 **(A)** **Prompt Case Resolution**

  The parties are willing to discuss settlement in good faith.

 **(B)** **Alternative Dispute Resolution**

  The parties are willing to consider ADR.

 **(C)** **Related Cases**

  None known to the Parties.

 **(D)** **Discovery Management**

  At this time, the parties do not expect significant or protracted discovery.  The parties agree to cooperate in a manner that minimizes expenses while preserving each side's ability to assert their claims and defenses.

 **(E)** **Anticipated Discovery Sought**

  The parties anticipate written discovery and depositions.

 **(F)** **Phasing Motions**

  Not at this time.

 **(G)** **Preservation of Discoverable Information**

  The parties do not anticipate any issues preserving discovery information.

 **(H)** **Privilege Issues**

  None anticipated at this time.

**(I)     Model Protocol for Discovery of ESI**

The parties do not anticipate that the production of electronically-stored information will be relevant in this case.

**(J)     Alternatives to Model Protocol**

None at this time (see above).

**8.     Date for Discovery Completion**

The parties propose May 30, 2026, and will abide by the case schedule that is issued by the Court.

**9.     Bifurcation of Liability and Damages Issues or Other Issues**

At this time, the parties do not believe that the case should be bifurcated.

**10.     Pretrial Statements and Pretrial Order**

The parties suggest that the pretrial statements and the pretrial order called for by Local Civil Rules 16(e), (h), (i), and (k) and 16.1 may be dispensed with, in whole or in part for economy.

**11.     LCR 39.2 Individualized Trial Program**

The parties do not agree to an Individualized Trial Program.

**12.     ADR per LCR 39.1**

The parties are willing to consider ADR options under LCR 39.1

**13.     Other Suggestions for Shortening or Simplifying the Case**

None at this time.

**14.     Trial Readiness**

The parties agree to a trial date to be set by this Court and suggest October 26, 2026 or a time thereafter that is convenient for the Court.

15. **Jury / Non-Jury Trial**

   Defendant has filed a demand for a jury trial.

16. **Number of Trial Days Required**

   The parties estimate three days for a trial.

17. **The names, addresses, and telephone numbers of all trial counsel.**

For Plaintiff:

Jason D. Anderson
T. Tyler Santiago
Anderson Santiago, PLLC
207B Sunset Blvd. N.
Renton, WA 98057
206-395-2665

For Defendant:

Marc S. Dobin
DobinLaw, P.S.
9123 NE Juanita Dr. #411
Kirkland, WA 98034
425-549-4487

18. **Trial Scheduling Conflicts**

   Plaintiff does not presently have conflicts for purposes of trial scheduling next year.

19. **Service Status**

   Defendant has been served.

20. **Scheduling Conference**

   The parties do not request a scheduling conference before the court enters a scheduling order in this case.

JOINT STATUS REPORT - 5
2:25-CV-01357-JCC

**Dated this 26th day of September, 2025**

                      **ANDERSON SANTIAGO, PLLC**

                      By: /s/ Jason D. Anderson
                      T. Tyler Santiago, WSBA No. 46004
                      Jason D. Anderson, WSBA No. 38014
                      Attorneys for Plaintiff
                      207B Sunset Blvd. N.
                      Renton, WA 98057
                      (206) 395-2665
                      (206) 395-2719 (fax)

**Dated this 26th day of September, 2025**

                      **DOBINLAW, P.S.**

                      By: /s/ Marc S. Dobin
                      Marc S. Dobin
                      Attorneys for Defendant
                      9123 NE Juanita Dr. #411
                      Kirkland, WA 98034
                      (425) 549-4487